Case 2:14-cv-00104-J   Document 15   Filed 06/26/14   Page 1 of 2   PageID 214

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| BEEF SOURCE INTERNATIONAL, LLC, | § § | |
| PLAINTIFF, | § § | |
| vs. | § § | CIVIL ACTION CAUSE NUMBER |
| CERTAIN UNDERWRITERS AT LLOYD'S LONDON SUBSCRIBING TO CERTIFICATE NO. BO723144A11-008, ELITE UNDERWRITERS, INC., and COMPANIA SUD AMERICANA DE VAPORES, S.A., | § § § § § § § § | 2:14-CV-104-J |
| DEFENDANTS. | § | |

## ORDER GRANTING JOINT MOTION FOR AMENDED RULE 16 DEADLINES

Before the Court is the joint motion, filed June 17, 2014, for certain extensions of the Court's original Rule 16 scheduling order's deadlines. This motion is granted in part as follows.

1. The parties shall be ready for trial by **June 19, 2015.** This is **not** a trial setting. This case will be set on an actual trial docket by later order of the Court.

2. Counsel and any parties not represented by counsel should have already conducted the Rule 26(f) conference. The deadline for Rule 26(a)(1) disclosures, which are required not later than 14 days after the Rule 26(f) conference, is unchanged. Counsel are again reminded that the disclosures required by Rule 26(a)(1) are not to be filed with the Clerk.

3. The parties shall confer and immediately begin discovery necessary for meaningful settlement negotiations and for mediation. Counsel shall file a joint report setting forth the status of settlement negotiations by **December 15, 2014.** If the case has not settled, it will be subject to mandatory mediation on or after this date.

4. All discovery procedures shall be initiated in time to complete discovery by **March 30, 2015.** Counsel may extend the discovery deadline for a specific discovery procedure by written agreement.

However, no such extension will be considered good cause for an extension of any other deadlines or the time for mediation.

5. Parties seeking affirmative relief must file a written designation of expert witnesses by **November 14, 2014,** and must provide Rule 26(a)(2) disclosures to all other parties by **January 15, 2015.** Parties opposing affirmative relief must file a written designation of expert witnesses by **December 5, 2014,** and must provide Rule 26(a)(2) disclosures to all other parties by **February 6, 2015.** The expert designations are to be filed. Parties are to exchange Rule 26(a)(2) expert reports, but are not to file them.

6. Motions deadlines are as follows:

To join parties: **October 16, 2014.**

To amend pleadings: **February 27, 2015.**

For summary judgment: **April 17, 2015.**

All other motions except motions *in limine:* **May 15, 2015.**

7. The deadline for filing Rule 26(a)(3) disclosures is **May 26, 2015.**

8. THESE SCHEDULING DEADLINES WILL BE FIRM and shall not be modified except as specifically provided for herein or by leave of Court upon a detailed factual showing of good cause and due diligence in compliance with this Order.

It is SO ORDERED.

Signed this the ____26th____ day of June, 2014.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE