IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| BEEF SOURCE INTERNATIONAL, LLC ) | |
| ) | |
| Plaintiffs ) | |
| ) | C.A. NO. 2:14-cv-104 |
| v. ) | |
| ) | ADMIRALTY |
| UNDERWRITERS AT LLOYD'S, a/k/a ) | |
| LLOYD'S OF LONDON, ELITE ) | |
| UNDERWRITERS INC., and COMPANIA ) | |
| SUD AMERICANA DE VAPORES S.A., ) | |
| ) | |
| Defendants ) | |
| ) | |

## UNOPPOSED MOTION TO SUBSTITUTE COUNSEL

COMES NOW Defendant Underwriters at Lloyd's, a/k/a Lloyd's of London ("Defendant") and files this Unopposed Motion to Substitute Counsel and respectfully states as follows:

Defendant requests that the Court allow the withdrawal of Peter A. McLauchlan and Anacarolina Estaba of Gardere Wynne Sewell, LLP as counsel of record for Defendant, and approve the substitution of Eugene J. McDonald as well as local counsel, Danny M. Needham and Christopher W. Weber of Mullin Hoard & Brown, LLP, as counsel of record. The withdrawal of Peter A. McLauchlan and Anacarolina Estaba of Gardere Wynne Sewell, LLP is not sought for delay. Accordingly, Defendant requests that all communications from the Court or other counsel with respect to this suit be directed to the following:

    Danny M. Needham, TBN: 14854400
    Christopher W. Weber, TBN: 00797640
    Mullin Hoard & Brown, LLP
    500 S. Taylor, Suite 800 (79101)
    P. O. Box 31656
    Amarillo, Texas 79120-1656
    (806) 372-5050 – Telephone
    (806) 372-5086 – Facsimile
    Email address: dmneedham@mhba.com
    Email address: cweber@mhba.com

    and

    Eugene J. McDonald, NJ Attorney ID # 003221978
    170 Broad Street
    Matawan, NJ 07747
    (732) 583-8485 – Telephone
    (732) 583-9739 – Facsimile
    Email: eugene@mcdonaldmarinelaw.com

                Respectfully submitted,

                GARDERE WYNNE SEWELL, LLP
                Peter A. McLauchlan, TBN: 13740900
                Anacarolina Estaba, TBN: 24085298
                1000 Louisiana Street, Suite 3400
                Houston, Texas 77002
                Telephone: 713.276.5500
                Fax: 713. 276. 555
                Email: pmclauchlan@gardere.com
                Email: aestaba@gardere.com

                By: */s/ Peter A. McLauchlan*
                      Peter A. McLauchlan


                AND

                                    MULLIN HOARD & BROWN, LLP
                                    Danny M. Needham, TBN: 14854400
                                    Christopher W. Weber, TBN: 00797640
                                    500 S. Taylor, Suite 800 (79101)
                                    P. O. Box 31656
                                    Amarillo, Texas 79120-1656
                                    (806) 372-5050 – Telephone
                                    (806) 372-5086 – Facsimile
                                    Email address: dmneedham@mhba.com
                                    Email address: cweber@mhba.com


                                By: */s/ Danny M. Needham*
                                    Danny M. Needham


## CERTIFICATE OF CONFERENCE

On this the 10th day of October, 2014, I certified that I have conferred with counsel for all parties, and they stated that they are not opposed to this Motion.

                                    */s/ Danny M. Needham*
                                    Danny M. Needham


## CERTIFICATE OF SERVICE

I certify that on the 10th day of October, 2014 a copy of the foregoing was filed electronically with the Clerk of the Court using the ECF system. Notice of this filing will be sent electronically to all counsel of record listed below:

| | |
|---|---|
| Alex Lee Yarbrough | Peter A. McLauchlan |
| John F Massouh | Anacarolina Estaba |
| SPROUSE SHRADER SMITH PC | GARDERE WYNNE SEWELL, LLP |
| 701 South Taylor | 1000 Louisiana Street, Suite 3400 |
| Suite 500 | Houston, Texas 77002 |
| Amarillo, Texas 79101 | Fax: 713. 276. 555 |
| Fax: 806.373.3454 | Email: pmclauchlan@gardere.com |
| Email: alex.yarbrough@sprouselaw.com | Email: aestaba@gardere.com |
| Email: john.massouh@sprouselaw.com | *Attorneys for Underwriters at Lloyd's a/k/a* |
| *Attorneys for Beef Source International, LLC* | *Lloyd's of London* |

| | |
|---|---|
| Richard A. Branca | Deborah Smith McClure |
| ROYSTON RAYZOR VICKERY & WILLIAMS LLP | LAW OFFICE OF DEBORAH SMITH MCCLURE |
| 711 Louisiana Street, Suite 500 | P.O. Box 15125 |
| Houston, TX 77002 | Amarillo, TX 79105 |
| Fax: (713) 225-9945 | Fax: (806) 463-5597 |
| Email: richard.branca@roystonlaw.com | Email: debmcclure@mac.com |
| *Attorneys for Campania Sud Americana de Vapores S.A* | *Attorneys for Campania Sud Americana de Vapores S.A* |

*/s/ Danny M. Needham*
Danny M. Needham