IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| BEEF SOURCE INTERNATIONAL, LLC )<br>)<br>Plaintiffs )<br>)<br>)<br>v. )<br>)<br>UNDERWRITERS AT LLOYD'S, a/k/a )<br>LLOYD'S OF LONDON, ELITE )<br>UNDERWRITERS INC., and COMPANIA )<br>SUD AMERICANA DE VAPORES S.A., )<br>)<br>Defendants )<br>) | C.A. NO. 2:14-cv-104<br><br>ADMIRALTY |

## ORDER GRANTING UNOPPOSED MOTION TO SUBSTITUTE COUNSEL

ON THIS DAY came on to be heard Defendant Underwriters at Lloyd's, a/k/a Lloyd's of London's ("Defendant") Motion to Substitute Counsel. The Court, having considered the motion, is of the opinion that it should be GRANTED.

It is THEREFORE ORDERED that the following attorneys be noted as counsel of record for Defendant:

> Danny M. Needham, TBN: 14854400
> Christopher W. Weber, TBN: 00797640
> Mullin Hoard & Brown, LLP
> 500 S. Taylor, Suite 800 (79101)
> P. O. Box 31656
> Amarillo, Texas 79120-1656
> (806) 372-5050 – Telephone
> (806) 372-5086 – Facsimile
> Email address: dmneedham@mhba.com
> Email address: cweber@mhba.com

and

Eugene J. McDonald, NJ Attorney ID # 003221978
170 Broad Street
Matawan, NJ 07747
(732) 583-8485 – Telephone
(732) 583-9739 – Facsimile
Email: eugene@mcdonaldmarinelaw.com

SIGNED AND ENTERED this 15th day of October, 2014

UNITED STATES DISTRICT JUDGE