**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

| | | |
|---|---|---|
| **BEEF SOURCE INTERNATIONAL, LLC,** | § | |
| | § | |
| **Plaintiffs** | § | **2:14-cv-104** |
| **V.** | § | |
| | § | **ADMIRALTY** |
| **UNDERWRITERS AT LLOYD'S** | § | |
| **a/k/a LLOYD'S OF LONDON,** | § | |
| **ELITE UNDERWRITERS INC., and** | § | |
| **COMPANIA SUD AMERICANA DE** | § | |
| **VAPORES S.A.,** | § | |
| | § | |
| **Defendants** | § | |

**DEFENDANT BRIT PLC'S MOTION TO ALLOW ALASTAIR COLES AND EUGENE J. MCDONALD TO APPEAR VIA TELEPHONE AT THE MEDIATION SCHEDULED FOR MARCH 6, 2015.**

Defendant BRIT PLC ("BRIT"), a/k/a BRIT INSURANCE, a/k/a BRIT GLOBAL

SPECIALTY (improperly pleaded as UNDERWRITERS AT LLOYD'S, a/k/a LLOYD'S OF

LONDON by the plaintiff), by its attorney, Eugene McDonald files this Motion to Allow

Alastair Coles and the Undersigned to Appear Via Telephone at the Mediation Scheduled for

March 6, 2015.

Dated:  February 20, 2015

**/S/Eugene J. McDonald**
Eugene J. McDonald, Esq.
NJ Bar No. 003221978
7 Crown Place
Matawan, NJ 07747
Telephone: (732) 583-8485
Facsimile: (732) 583-9737
Eugene@mcdonaldmarinelaw.com ATTORNEY
FOR BRIT PLC, A/K/A BRIT INSURANCE,
A/K/A BRIT GLOBAL SPECIALTY
IMPROPERLY PLEADED AS
UNDERWRITERS AT LLOYD'S a/k/a LLOYD'S
OF LONDON

## CERTIFICATE OF SERVICE

I certify that on the 20th of February, 2015 a copy of the foregoing was filed electronically with the Clerk of the Court using the ECF system. Notice of this filing will be sent electronically to all counsel of record listed below:

Alex Lee Yarbrough
John F. Massouh
SPROUSE SHRADER SMITH PC
701 South Taylor
Suite 500
Amarillo,Texas 79101
Telephone: 806.468.3394
Fax: 806.373.3454
Email: alex.yarbrough@sprouselaw.com
Email: john.massouh@sprouselaw.com

Deborah Smith McClure
LAW OFFICE OF DEBORAH SMITH
MCCLURE
P.O. Box 15125
Amarillo, TX 79105
Telephone: 806.463.5595
Fax: 806.463.5597
Email: debmcclure@mac.com
Local Counsel for Defendant Campania Sud
Americana de Vapores S.A.

Richard A. Branca
ROYSTON RAYZOR VICKERY &
WILLIAMS
LLP
711 Louisiana Street
Suite 500
Houston, TX 77002
Telephone: 713.224.8380
Fax: 713.225.9945
Email: richard.branca@groystonlaw.com
Attorneys for Defendant Campania Sud
Americana de Vapores S.A.

Danny M. Needham
Mullin Hoard & Brown, LLP
Amarillo National Plaza Two
Suite 800
500 South Taylor, Lobby Box #213
Amarillo, Texas 79101-2445
Telephone:(806) - 372- 5050
Facsimile: Fax: (806) - 372-5086
Email:  dmneedham@mhba.com
Attorney For Brit Plc, A/K/A
Brit Insurance, A/K/A Brit
Global Specialty Improperly Pleaded As
Underwriters At Lloyd's A/K/A Lloyd's Of
London

Dated:  February 12, 2015

/S/Eugene J. McDonald
Eugene J. McDonald, Esq.
NJ Bar No. 003221978
170 Broad Street
Matawan, NJ 07747
Telephone: (732) 583-8485
Facsimile: (732) 583-9737
Eugene@mcdonaldmarinelaw.com ATTORNEY
FOR BRIT PLC, A/K/A BRIT INSURANCE,
A/K/A BRIT GLOBAL SPECIALTY
IMPROPERLY PLEADED AS
UNDERWRITERS AT LLOYD'S a/k/a LLOYD'S
OF LONDON