# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### AMARILLO DIVISION

| | | |
|---|---|---|
| BEEF SOURCE INTERNATIONAL, LLC, | § | |
| | § | |
| PLAINTIFF, | § | |
| vs. | § | CIVIL ACTION CAUSE NUMBER |
| | § | |
| CERTAIN UNDERWRITERS AT LLOYD'S | § | |
| LONDON SUBSCRIBING TO CERTIFICATE | § | 2:14-CV-104-J |
| NO. BO723144A11-008, *et al*, | § | |
| | § | |
| DEFENDANTS. | § | |

## ORDER GRANTING IN PART PLAINTIFF'S MOTION FOR CONTINUANCE

Before the Court is Plaintiff's motion, filed January 29, 2016, for a continuance from the current February 12th trial setting, asking that trial not begin until after February 19, 2016, and further requesting mediation conclude in this case before trial begins. Plaintiff's motion is granted in part as follows. This case will not be called for trial until on or after **February 22, 2016.**

The parties are to immediately confer and select an agreed date and time for compliance with the Court's January 27, 2015 order of referral for mediation. Defendant Brit PLC's representative Alastair Coles, who resides in England, may attend mediation via a telephonic appearance. All other terms and conditions of the Court's January 27th mediation order remain in full force and effect. Mediation is to be completed by not later than **February 20, 2016.**

It is SO ORDERED.

Signed this the _____ day of February, 2016.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE