CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2016 FEB -8  PM 3:01
DEPUTY CLERK _CPM_

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| BEEF SOURCE INTERNATIONAL, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | NO. 2:14-CV-104-J |
| CERTAIN UNDERWRITERS AT LLOYD'S LONDON SUBSCRIBING TO CERTIFICATE, NO. B0723144A11-008, *et al.*, | § § § § § | |
| Defendants. | § § | |

## ORDER VACATING DOCKET CALL

Docket call currently scheduled for Friday, February 12, 2016 at 9:30 a.m. is VACATED. As previously ordered, this case will not begin trial until on or after February 22, 2016. The parties have been ordered to complete mediation by not later than February 20, 2016. If this case does not settle at mediation, it will be set for trial by further order of United States District Judge Sidney Fitzwater.

IT IS SO ORDERED.

Signed this 8th day of February, 2016.

_____
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE