UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| BEEF SOURCE INTERNATIONAL, LLC<br><br>Plaintiff,<br><br>v.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S LONDON SUBSCRIBING TO CERTIFICATE NO. BO723144A11-008,<br><br>Defendants. | § | 2:14-CV-104-J |
| BRIT PLC,<br><br>Third-Party Plaintiff<br><br>v.<br><br>ALSFORD PAGE & GEMS LTD., ELITE UNDERWRITERS INC., MAGNI ENTERPRISE CORP., and XYZ CORPORATION<br><br>Third-Party Defendants | § | |

**DEFENDANT AND THIRD-PARTY PLAINTIFF BRIT'S TRIAL EXHIBIT LIST**

TO THE HONORABLE COURT:

Defendant and Third-Party Plaintiff Britf, pursuant to the Pretrial Notice and Order of The Court, files this list of exhibits that may be used at trial. This list of exhibits does not include any exhibits the necessity of which cannot reasonable be anticipated before trial. In addition, Defendant and Third-Party Plaintiff Brit reserves the right to amend or supplement this list as necessary. Furthermore, Defendant and Third-Party Plaintiff Brit reserves the right to introduce additional exhibits for impeachment or rebuttal purposes.

| Exhibit | Description |
| --- | --- |
| 1. | Signed Slip – Cargo Insurance Policy, UMR B0723144A11-008<br>Also identified as Exhibit C to Document 29-2 |
| 2. | Institute Frozen Food Clause A<br>Also identified as Exhibit A to Document 29-2 |
| 3. | Evidence of Cover Comprised of Signed Slip – Cargo Insurance Policy, UMR B0723144A11-008 Also identified as Exhibit C to Document 29-2, and<br>Institute Frozen Food Clause A Also identified as Exhibit A to Document 29-2 |
| 4. | Affidavit of Peter Stow, Also identified as Document 47-2 |
| 5. | Crawford Survey Report, Dated November 14, 2012. |
| 6. | Commercial Insurance Application, Acord Form 125. Also identified ad Exhibit B to Document 29-2. |
| 7. | Application for Ocean Cargo Insurance. Also identified as Exhibit B to Document 29-2. |
| 8. | Debit Notice Dated February 21, 2012. |
| 9. | Notice of Contract Endorsement from APG to Magni (Cancellation of Policy) |
| 10. | Notice of Cancellation of Policy from Elite to Magni and Lopez Insurance Agency. |
| 11. | Email romr A. Coles dated 1/8/2015 re: Record of Premium Bordereau. |
| 12. | Email from A. Coles dated 1/9/2015 re: Record of Premium Bordereauu. |
| 13. | Document 60 |
| 14. | Letter of April 3, 2014 from Katrina Einchomb@ Brit to John H. Massouth. |
| 15. | Letter of April 9, 2014 from Katrina Einchomb @ Brit to John H. Massouh. |

Respectfully submitted,

***/s/ Eugene J. McDonald***

Eugene J. McDonald, Esq
NJ Bar No. 003221978
170 Broad Street
Matawan, NJ 07747
Telephone: (732) 583-8485
Facsimile: (732) 583-9737
Eugene@mcdonaldmarinelaw.com
ATTORNEY FOR BRIT PLC, A/K/A BRIT INSURANCE, A/K/A BRIT GLOBAL SPECIALTY

**CERTIFICATE OF SERVICE**

I hereby certify that on February 9, 2016, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system will send a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

John Massouh
Sprouse Shrader Smith PLLC
701 S. Taylor, Suite 500
Amarillo, TX 79105

Danny Needham
Christopher Weber
Mullin Hoard & Brown LLP
P.O. Box 31656
Amarillo, TX 79120

*Attorneys for Elite Underwriters, Inc.*
Robert Brown
Donato Minx Brown & Pool PC
Phoenix Tower
3200 Southwest Freeway, Suite 2300

Houston, TX 77027

*Attorneys for Alsford Page & Gems Ltd.*
Ashley T. Parrish
Cantey Hanger LLP
1999 Bryan Street, Suite 3300
Dallas, TX 75201

Ricardo Magni
Magni Enterprise Corp.
200 SW 25 Road
Miami, FL 33129

***/s/ Eugene J. McDonald***
Eugene J. McDonald, Esq.