IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
(AMARILLO DIVISION)

| | | |
|---|---|---|
| BEEF SOURCE INTERNATIONAL, LLC | § § | |
| Plaintiffs | § § | |
| V. | § § | CIVIL ACTION NO. 2:14-CV-00104-J |
| UNDERWRITERS AT LLOYD'S a/k/a LLOYD'S OF LONDON, and COMPANIA SUD AMERICANA DE VAPORES S.A., | § § § § § | ADMIRALTY |
| Defendants | § § | |
| BRIT PLC, | § § | |
| Third-Party Plaintiff | § § | |
| V. | § § | |
| ALSFORD PAGE & GEMS, LTD, ELITE UNDERWRITERS INC., MAGNI ENTERPRISE CORP., and XYZ CORPORATION, | § § § § § | |
| Third-Party Defendants. | § | |

## AGREED STIPULATION FOR DISMISSAL

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Come now Plaintiff, **BRIT, PLC,** Defendant and Third-Party Plaintiff, and Third-Party Defendant, **ALSFORD PAGE & GEMS, LTD.** and file this Agreed Stipulation of Dismissal pursuant to Federal Rules of Civil Procedure 41(a)(1)(ii), and would show the Court the following:

1. Defendant and Third-Party Plaintiff is BRIT PLC. Third-Party Defendant is Alsford Page & Gems, Ltd.

**AGREED STIPULATION FOR DISMISSAL – Page 1**

2. On February 19, 2015, BRIT PLC filed its Third-Party Complaint against Alsford Page & Gems, Ltd.

3. BRIT PLC desires to dismiss this case with prejudice as all matters in controversy with Alsford Page & Gems, Ltd. have been resolved to BRIT PLC's satisfaction.

4. Alsford Page & Gems, Ltd., who have answered and appeared in this lawsuit for all matters, agree to the dismissal of any and all claims, cross-claims, counter-claims or claims for indemnity or contribution that have been or could have been asserted against any other party herein, [and except as otherwise agreed by the parties] with all costs of court to be borne by the party incurring same.

5. This case is not a class action.

6. This case is not governed by any federal statute that requires a court order for dismissal of the case.

Respectfully submitted,

Date: February 11, 2016        By:   */s/ Eugene McDonald*
                                      Eugene J. McDonald, Esq.
                                      7 Crown Place
                                      Matawan, NJ  07747
                                      Telephone:  (732) 583-8485
                                      Fax:  (732) 583-9737
                                      Eugene@mcdonaldmarinelaw.com
                                      Attorney for BRIT PLC, A/K/A BRIT
                                      INSURANCE, A/K/A BRIT GLOBAL
                                      SPECIALTY IMPROPERLY PLEADED AS
                                      UNDERWRITERS AT Lloyd's a/k/a LLOYD'S OF
                                      LONDON

Date: February 11, 2016        By:   */s/ Ashley T. Parrish*
                                      Ashley T. Parrish
                                      State Bar No. 15536850
                                      **CANTEY HANGER LLP**
                                      1999 Bryan Street, Ste. 3300
                                      Dallas, Texas 75201 (214) 978-4100
                                      Fax (214) 978-4150
                                      aparrish@canteyhanger.com

                                      *ATTORNEY FOR DEFENDANT ALSFORD PAGE &
                                      GEMS, LTD.*

**AGREED STIPULATION FOR DISMISSAL – Page 2**

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of February, 2016, a copy of the foregoing was filed electronically with the Clerk of the Court using the ECF system, Notice of this Filing will be sent electronically to all counsel of record listed below:

Alex Lee Yarbrough
John F. Massouh
SPROUSE SHRADER SMITH PC
701 South Taylor
Suite 500
Amarillo, Texas  79101
Telephone:  806/468-3394
Fax:  806/373-3454
Email:  alex.yarbrough@sprouselaw.com
Email:  john massouh@sprouselaw.com

Richard A. Branca
ROYSTON RAYZOR VICKERY & WILLIAMS LLP
711 Louisiana Street
Suite 500
Houston, Texas  77002
Telephone:  713/224-8380
Fax:  713/226-9945

Email:  Richard.branca@groystonlaw.com
Attorneys for Defendant Campania Sud Americana de Vapores S.A.

Deborah Smith McClure
LAW OFFICE OF DEBORAH SMITH MCCLURE
P.O. Box 15125
Amarillo, Texas  79105
Telephone:  806/463-5595
Fax:  806/463-5597
Email:  demcclure@mac.com
Local Counsel for Defendant Campania Sud Americana de Vapores S.A.

Danny M. Needham
Mullin Hoard o& Brown, LLP
Amarillo National Plaza Two
Suite 800
500 South Taylor, Lobby Box #213
Amarillo, Texas  79101-2445
Telephone (806) 372-5050
Fax:  (806) 372-5086
Email:  dmneedham@mhba.com
Attorney for Brit PLC, A/K/A
Brit Insurance, A/K/A Brit
Global Specialty Improperly Pleaded As Underwriters At Lloyd's A/K/A/ Lloyd's Of London

Ian R. Beliveaux
DONATO, MINX, BROWN & POOL, P.C.
3200 Southwest Freeway, Suite 2300
Houston, Texas  77027-7525
Telephone:  713/877-1112
Fax:  713/877-1138
Email:  ibeliveaux@donatominxbrown.com
Attorney for Elite Underwriters, Inc.

Barry D. Peterson
PETERSON, FARRIS, BYRD & PARKER PC
Chase Tower
600 Tyler, Suite 1600
Amarillo, Texas  79101
Telephone:  806/374-5317
Fax:  806-372-2107
Email:  bdp@pf-lawfirm.com
Local Counsel for Elite Underwriters, Inc.

Eugene J. McDonald, Esq.
7 Crown Place
Matawan, NJ  07747
Telephone:  (732) 583-8485
Fax:  (732) 583-9737
Eugene@mcdonaldmarinelaw.com
Attorney for BRIT PLC, A/K/A BRIT INSURANCE, A/K/A BRIT GLOBAL SPECIALTY IMPROPERLY PLEADED AS UNDERWRITERS AT Lloyd's a/k/a LLOYD'S OF LONDON

   */s/ Ashley T. Parrish*
   ASHLEY T. PARRISH

**AGREED STIPULATION FOR DISMISSAL – Page 3**